| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Scannlain, Diarmuid F. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>5/6/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>The Pioneer Courthouse<br>700 S.W. Sixth Avenue, Suite 313<br>Portland, Oregon 97204-1396 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board of Visitors Member | Lewis and Clark Law School |
| 2. | Board of Advisors Member | Harvard Journal of Law & Public Policy |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F. | 5/6/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 9/24/2015 | New York University Institute of Judicial Administration (teaching) | $1,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania | January 21-23 | Philadelphia, PA | Judge, Moot Court | Transportation, meals, hotel |
| 2. | Federalist Society | March 1-2 | New York | Speaker | Transportation, meals, hotel |
| 3. | Federalist Society | March 4-5 | Charlottesville, VA | Speaker | Transportation, meals, hotel |
| 4. | Wang Family Foundation | April 8-16 | Namibia, Africa | Speaker | Transportation, meals, hotel |
| 5. | The James Wilson Institute | May 1-2 | Washington, D.C. | Meeting | Transportation, meals, hotel |
| 6. | New York University | July 11-18 | New York, NY | Teaching, Faculty member | Transportation, meals, hotel |
| 7. | St. Thomas More Lawyers Society - Wisconsin | October 7-9 | Milwaukee, WI | Speaker | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F. | 5/6/2016 |

| 8. | Wang Family Foundation | October 26-31 | Madrid, Spain | Speaker | Transportation, meals, hotel |
| 9. | The James Wilson Institute | November 5-8 | Washington, D.C. | Meeting | Transportation, meals, hotel |
| 10. | Federalist Society | November 14-17 | Washington, D.C. | Speaker | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F. | 5/6/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F. | 5/6/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fountainhead Apts. (Ltd Partnership) | D | Distribution | K | W | | | | | |
| 2. Indiana Realty (Ltd. Partnership) | A | None | J | W | | | | | |
| 3. Marriott Ownership Resorts Shadow Ridge Time Share | | None | K | W | | | | | |
| 4. Fidelity Money Market | A | Dividend | J | T | | | | | See part VIII |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F. | 5/6/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: VII,5. Fidelity Money Market   Automated trades throughout year

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diarmuid F. O'Scannlain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544